DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
11 JUNE 2014

| 090P14 | State v. Douglas Dalton Rayfield, II | Def's PDR Under N.C.G.S. § 7A-31 (COA13-549) | Denied |
|---|---|---|---|
| 092P14-2 | State v. Gregory Austin Griffin | Def's *Pro Se* Motion for NOA (COA13-1093) | Dismissed |
| 093P14 | State v. Terrance L. Alexander | Def's PDR Under N.C.G.S. § 7A-31 (COA13-580) | Denied |
| 095P14 | State v. Derrick Lamont Leath | Def's PDR Under N.C.G.S. § 7A-31 (COA13-967) | Denied |
| 096P14 | State v. Daniel Junior Bandy | Def's PDR Under N.C.G.S. § 7A-31 (COA13-711) | Denied |
| 100P14 | Terry Wayne Wood v. Jeremy Nunnery, North Carolina Farm Bureau, and Firemen's Insurance Company of Washington, D.C. | 1. Def's (Jeremy Nunnery) PDR Under N.C.G.S. § 7A-31 (COA13-713) <br><br>2. N.C. Association of Defense Attorney's Motion for Leave to File Amicus Brief <br><br>3. Plt's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed <br><br><br>2. Dismissed <br><br><br>3. Allowed |
| 101P14 | LexisNexis Risk Data Management Inc., a Florida Corporation, and LexisNexis Risk Solutions Inc., a Georgia Corporation v. North Carolina Administrative Office of the Courts; John W. Smith, II, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; and Nancy Lorrin Freeman, in her official capacity as the Clerk of the Wake County Superior Court | 1. Defs' (N.C. Administrative Office of the Courts and John W. Smith, II) Motion for Temporary Stay (COA13-547) <br><br>2. Defs' (N.C. Administrative Office of the Courts and John W. Smith, II) Petition for *Writ of Supersedeas* <br><br>3. Defs' (N.C. Administrative Office of the Courts and John W. Smith, II) PDR Under N.C.G.S. § 7A-31 | 1. Allowed **03/27/2014** <br><br><br>2. Allowed <br><br><br><br>3. Allowed <br><br><br><br><br><br><br><br><br>**Parker, J., recused** |
| 104P14 | Anjelika Dechkovskaia v. Alex Dechkovskaia (Male's Name Spelled Deshkovski) | Def's PDR Under N.C.G.S. § 7A-31 (COA13-766) | Denied |